CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

Mar. 23, 2016

JULIA C. DUDLEY, CLERK
BY: A. Melvin
DEPUTY CLERK

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Sean P. McCafferty, Postal Inspector, U. S. Postal Inspection Service, being duly sworn, depose, and state the following:

1. I am a United States Postal Inspector and have been so employed since June 2013, presently assigned to the Pittsburgh Division to investigate prohibited mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses, mail theft, and fraud. I have worked United States Postal Service related investigations for over two years, during which time I have been the case agent for investigations leading to prosecution in United States District Court, as well as state courts.

2. Your affiant knows, based on training and experience that the U.S. Mail is often used by narcotic traffickers to transport controlled substances. Your affiant knows based on training and experience that U.S. Postal Service Priority Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, control dispatch times and locations, and have a guarantee of delivery in one to two days.

3. This affidavit is submitted in support of an application for a search warrant of U.S. Postal Service Priority Mail Express parcel number EK729730858US for controlled and/or illegal substances. The parcel is described as follows:

    A. Addressee: "Ron Miller, 112 Carver Drive, Danville, VA 24540"
    B. Return Address: "Jessica Castleman, 1820 Frienza Ave, Sacramento, CA 95815"
    C. Postage Affixed: Sacramento, CA 95825, postage $88.90, dated March 21, 2016.
    D. Tracking Number: EK729730858US (hereafter referred to as Parcel #1)
    E. Description: 16"X12"X12" brown cardboard box
    F. Weight: Approximately 10 pounds 3 ounces

4. On March 23, 2016, your affiant intercepted Parcel #1 at the Roanoke Processing and Distribution Center located in Roanoke, VA. Parcel #1 bears a handwritten label and is taped along the seams. Based on your affiant's training and experience, drug traffickers

1

often use excessive taping in order to conceal the odor of controlled substances. A photograph of Parcel #1 is attached as Exhibit #1.

5. Your affiant made inquiries via Clear, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. The name of the sender, "Jessica Castleman," was unable to be associated with address 1820 Frienza Ave, Sacramento, CA 95815. The name of the addressee, "Ron Miller," was unable to be associated with the destination address, 112 Carver Drive, Danville, VA 24540. Additional searches of the phone numbers listed on the mailing label were conducted via Clear. The return number, (916) 968-0284, is registered to Tony Miyers. The addressee number, (434) 709-7834, did not come back to a name.

6. Your affiant knows, based on training and experience, that individuals using the U.S. Mail in the Western District of Virginia for the purpose of receiving controlled substances or controlled substance proceeds will often place fictitious name information on these parcels to conceal their true identities from law enforcement should the parcel be seized.

7. Your affiant identified six (6) other suspicious parcels from California that have been delivered to this address since April 2014. These parcels range in weight from approximately two (2) pounds to over ten (10) pounds.

8. On March 23, 2016, Parcel #1 was placed in a blind parcel line-up and subjected to Canine Nero, a narcotic detector canine handled by Trooper Morehead, Virginia State Police. Trooper Morehead advised your affiant that Canine Nero positively alerted to the mail piece at approximately 08:32 AM in the Roanoke Processing and Distribution Center located at 419 Rutherford Ave NE, Roanoke, VA 24022. According to Trooper Morehead, this positive alert meant Canine Nero detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Trooper Morehead and Canine Nero is provided as Exhibit #2.

9. Your affiant knows based on training and experience that California is a common origination area for controlled substances, specifically marijuana, sent through the U.S. Mail into the state of Virginia.

10. At this time, Parcel #1 is located in the U.S. Postal Inspection Service office in the Western District of Virginia. The parcel has been maintained unopened, in my custody, pending application for a search warrant.

11. Based on the information contained herein, your affiant maintains there is probable cause to believe that the U. S. Postal Service Priority Mail Express parcel EK729730858US addressed to "Ron Miller, 112 Carver Drive, Danville, VA 24540," bearing a return address of "Jessica Castleman, 1820 Frienza Ave, Sacramento, CA 95815," contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

Submitted electronically and
attested to telephonically

Sean P. McCafferty
U.S. Postal Inspector

Subscribed and sworn to before me this 23rd day of March, 2016.

Robert S. Ballou

The Honorable Robert S. Ballou
United States Magistrate Judge
Western District of Virginia