| Return | | |
|---|---|---|
| Case No.:<br>7:16mj46 | Date and time warrant executed:<br>3/23/16 | Copy of warrant and inventory left with:<br>On file with the USPDS |

Inventory made in the presence of :

*Inspector McAlister*

Inventory of the property taken and name of any person(s) seized:

Five (5) bundles of a green leafy substance that field tested positive for marijuana. Total field weight: 5 pounds 7.5 ounces

**CLERK'S OFFICE U.S. DIST. COURT**
**AT ROANOKE, VA**
**FILED**

3/29/2016

JULIA C. DUDLEY, CLERK
BY: S. Sakalas
DEPUTY CLERK

SM
SM
SM
SM

Received in Chambers
by electronic mail
March 25, 2016
at 12:06PM
Hon. Robert S. Ballou
United States Magistrate

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/16

*Sean P. McCafferty*
Executing officer's signature

*Sean P. McCafferty, U.S. Postal Inspector*
Printed name and title